NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


CHARLES EDWARD DAEDA,     )
                                    )

      Appellant,          )
                                    )

v.                           )     Case No. 2D18-3183
                                    )

RAYMOND ANTHONY DAEDA,     )
                                    )

      Appellee.         )
_____)

Opinion filed November 1, 2019.

Appeal from the Circuit Court for Lee
County; Elisabeth Adams, Judge.

Charles Edward Daeda, pro se.

Raymond Anthony Daeda, pro se.


PER CURIAM.


      Affirmed.


KHOUZAM, C.J., and VILLANTI and SLEET, JJ., Concur.